IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| *In re* LandAmerica 1031 Exchange Services, Inc., Internal Revenue Service § 1031 Tax Deferred Exchange Litigation | ) ) ) ) ) | C/A No.: 8:09-mn-2054 ALL CASES ORDER |

On November 23, 2009, the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, issued an order confirming the Joint Chapter 11 Plan of LandAmerica Financial Group, Inc. and its Affiliated Debtors (the "Plan"), Chapter 11 Case No. 08-35994-KRH. The Plan enjoined certain actions against pre-petition officers and directors of LandAmerica Financial Group, Inc. and LandAmerica Exchange Services, including the actions against defendants Chandler, Evans, Ramos, Jones, Connor, and Allen (the "Individual Defendants") before the court. The Individual Defendants filed a notice of injunction [dkt. # 89] with the court on December 4, 2009 and the court held a status conference to discuss the case on January 11, 2010. Based on the Plan's injunction provision, the court hereby stays this case as against the individual defendants until further order of the court.

IT IS SO ORDERED.

January 19, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge