IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

|  |  |
|---|---|
| ) C/A No.: 8:09-2054-JFA ) | |
| In re § 1031 Exchange Litigation  ) | **ORDER** |
| ) ) | |

For good cause shown, the court hereby grants plaintiffs' motion to file their amended complaint and exhibits under temporary seal. (ECF No. 116.) Plaintiffs are directed to consult with the Liquidating Trustee of both LandAmerica Financial Group and LandAmerica 1031 Exchange Services to seek permission to file the amended complaint not under seal on or before September 22, 2010. The court directs SunTrust to press any issues it may have with the current protective order (ECF No. 114) that preclude service of the amended complaint, through an appropriate motion to amend or otherwise, on or before September 22, 2010.

IT IS SO ORDERED.

August 25, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge