UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| IN RE: LANDAMERICA 1031 EXCHANGE SERVICES, INC., INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION | Case No. MDL No. 2054 <br><br> Southern District of California <br> C.A. No. 3:09-cv-00054 <br><br> District of South Carolina <br> C.A. No. 8:09-cv-00415 |
| Angela M. Arthur, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SunTrust Bank, et al., <br><br> Defendants. | Class Action <br> [Jury Trial Demanded] |

**ORDER ON THE MOTION TO APPROVE NOTICE OF PROPOSED
CLASS ACTION SETTLEMENT PURSUANT TO 28 U.S.C. § 1715**

Having considered Defendants Theodore L. Chandler, Jr., G. William Evans, Stephen Connor, Ronald B. Ramos, Devon M. Jones and Brent J. Allen's (collectively the "Settling Defendants") Motion to Approve Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715 (the "Motion") and Exhibits in support thereof,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

The Court hereby approves the form of the Settling Defendants' proposed Notice of Proposed Class Action Settlement (the "CAFA Notice") and finds that, upon the mailing of the

CAFA Notice in the time and manner as set forth in the Motion, the Settling Defendants will have complied with the Class Action Fairness Act, 28 U.S.C. § 1715.

**IT IS SO ORDERED**.

*/s/ Joseph F. Anderson, Jr.*

June 29, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge