IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| IN RE: LANDAMERICA 1031 EXCHANGE SERVICES, INC. INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION | ) ) ) ) ) | MDL No. 2054 |
| Angela M. Arthur, as Trustee of the Arthur Declaration of Trust, dated December 29, 1988; Vivian R. Hays, an individual; Leapin Eagle, LLC, a limited liability company; Denise J. Wilson, an individual; Gerald R. Terry, an individual, Ann T. Robbins, an individual; and Jane T. Evans, an individual; on their own behalf and on behalf of a class of others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) | Southern District of California C.A. No. 3:09-cv-00054  District of South Carolina C.A. No.: 8:09-cv-00415 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Theodore L. Chandler, Jr.; G. William Evans; Stephen Connor; Ronald B. Ramos; Devon M. Jones; and Brenton J. Allen, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING MOTION OF ARGO PARTNERS FOR ORDER PROVIDING FOR FORMAL RECOGNITION OF ASSIGNMENTS AND PERMITTING ISSUANCE OF DISTRIBUTIONS IN NAME OF ARGO PARTNERS, AS ASSIGNOR, UNDER ORDER APPROVING CLASS ACTION SETTLEMENT AND FINAL JUDGMENT**

On March 4, 2013, Argo Partners, Argo Partners II LLC and Argo Partners III LLC (collectively, "Argo") filed the "Notice of Motion and Motion of Argo Partners for Order Providing for Formal Recognition of Assignments and Permitting Issuance of Distributions in Name of Argo Partners, as Assignor, Under Order Approving Class Action Settlement and Final Judgment," seeking formal recognition of the following Assignments of Claim (each, an

"Assignment," and, collectively, the "Assignments"), and further seeking an order of this Court providing that any and all distributions originally owing to the below-identified assignors (each, an "Assignor" and, collectively, the "Assignors") be made directly to Argo and without the need for the submission of any further documentation to the Class Counsel[1] or the Settlement Agent:

| ASSIGNOR |
| --- |
| **Assignor**: Bruno Bornino and Kathleen Joan |
| **Assignor:** Wayne Ray and Kimberly Rae Kidd |
| **Assignor**: Netreit Inc. |
| **Assignor**: Dean and Kristie Bair |
| **Assignor:** The Arthur Declaration of Trust |
| **Assignor:** Teresa Barbos |
| **Assignor**: A&R Properties, LL |
| **Assignor:** 254 Realty Management, LL |
| **Assignor:** Beck Street Associates, L |
| **Assignor:** The Guido and Xochitl Gil Living Trus |
| **Assignor**: Gold Mine Enterprises |
| **Assignor:** Natram Associate |
| **Assignor:** Alvin Delroy Pavlicek |
| **Assignor:** Sonia Rivera Associates, LP |

No objections to the relief having been received within seventeen (17) days from the date of service of the Motion by Argo via Certified Mail, and upon a finding of due and sufficient notice of the requested relief to the Assignors, each of which were served at the last known address thereof

**IT IS HEREBY ORDERED:**

1. Argo shall receive, without the need for any further submissions or documentation, any and all distributions due and owing to the Assignors under the Settlement and Judgment Order;

2. To the extent distributions have previously been made and are therefore presently due and owing on account of the Subject Assignments, Class Counsel and the Settlement Agent shall, within thirty (30) days from the date of entry hereof, take any and all actions necessary to

---

[1] All capitalized terms that are not otherwise defined herein shall have the meaning ascribed thereto in the Court's Settlement and Judgment Order.

cause distributions due and owing on account of the claims that are the subject of the Subject Assignments to be made to Argo;

       3.      Neither Class Counsel nor the Settlement Agent shall have or incur any liability on account of the distributions to be made to Argo hereunder.

      IT IS SO ORDERED.

March 22, 2013                                  Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge